1:17-cv-3590-JMS-DML

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**FILED OCT 06 2017 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA**

| United States District Court | District | |
|---|---|---|
| Name: Timothy S. Durham | - | Case No.: 1:11-CR-00042-JMS |
| Place of Confinement: U.S.P. McCreary | | Prisoner No.: 60452-112 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. Timothy S. Durham | | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court, Southern District of Indiana, U.S. Courthouse, 46 East Ohio St, Indianapolis Indiana 46204
   (b) Criminal docket number (if you know): 1:11-CR-00042-JMS-DML
2. Date of the judgment of conviction: June 20, 2012
3. Length of sentence: 50 yrs
4. Nature of crime (all counts): Wire Fraud, Securities Fraud, Conspiracy

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑
   (2) Guilty
   (3) Nolo contendere (no contest)

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. Kind of trial: (Check one)

Jury ✓ • Judge only • •

7. Did you testify at the trial?
   Yes • • No ✓

8. Did you appeal from the judgment of conviction?
   Yes ✓ • No • •

9. If you did appeal, answer the following:
   (a) Name of court: SEVENTH CIRCUIT COURT OF APPEALS
   (b) Docket number (if you know): Nos. 12-3819, 12-3833 & 12-3867
   (c) Result: 2 COUNTS VACATED, New Sentencing ORDERED
   (d) Date of result (if you know): September 4, 2014
   (e) Citation to the case (if you know): US v DURHAM, 766 F.3d 672 (7th Cir. 2014)
   (f) Grounds raised: INSUFFICIENT EVIDENCE AS TO 2 COUNTS, PROSECUTORIAL MISCONDUCT, JURY INSTRUCTIONS ISSUE, LACK OF NECESSITY FOR WIRETAP, SENTENCING ISSUES.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ✓ • No • •
   If "Yes," answer the following:
   (1) Docket number (if you know): 15A 1047 (?)
   (2) Result: WRIT DENIED
   (3) Date of result (if you know): October 2015
   (4) Citation to the case (if you know): ___
   (5) Grounds raised: SAME AS ABOVE, EXCEPT AS TO 2 VACATED COUNTS.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ✓ • No • •   I APPEALED the Resentencing.

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Seventh Circuit Court of Appeals
        (2) Docket number (if you know): 15-2474, Filed July 2015
        (3) Nature of the proceeding: APPEAL OF RESENTENCING

(4) Grounds raised: Resentencing was a General Remand and Not a limited Remand and challenged the sentence based on Guideline Enhancements Not Determined by the Jury in Violation of the 5th + 6th Amendment.

(5) Did you receive a hearing where evidence was given on your motion, petition, application?
  Yes • • No ✓

(6) Result: Appeal Denied, Sentence Upheld

(7) Date of result (if you know): Feb 3, 2016

(b) If you filed any second motion, petition, or application, give the same information: (Filed for Writ of Cert)

  (1) Name of court: U.S. Supreme Court
  (2) Docket number (if you know): 16-5822, June 29, 2016
  (3) Nature of the proceeding: Writ of Cert Request
  (4) Grounds raised: Same as Direct Appeal

(5) Did you receive a hearing where evidence was given on your motion, petition, or application?
  Yes • • No ✓

(6) Result: Writ Denied

(7) Date of result (if you know): October 12, 2017 (unsure of exact date)

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition:    Yes • • No • •   NA
  (2) Second petition:   Yes • • No • •   NA

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: See Above

Page 5

12. For this motion, state <u>briefly</u> every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. Summarize briefly the <u>facts</u> supporting each ground.

<u>CAUTION: If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief. Each one is a separate ground for possible relief. You may raise other grounds besides those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction or sentence) on which you base your claim that you are being held in custody unlawfully.

- Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
- Conviction obtained by use of coerced confession.
- Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- Conviction obtained by a violation of the privilege against self-incrimination.
- Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- Conviction obtained by a violation of the protection against double jeopardy.
- Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
- Denial of effective assistance of counsel.
- Denial of right of appeal.

<u>Do not check</u> any of these listed grounds. If you select one or more of these grounds for relief, you must set out in the space provided below the facts that support your claims.

GROUND ONE: *TRIAL COUNSEL FAILURE TO INVESTIGATE, SUBPOENA NECESSARY WITNESS, PRE-TRIAL AND AT TRIAL*

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.): *See Attached Ground 1*

Page 6

_____

_____

_____

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes · · No ✓

    (2) If you did not raise this issue in your direct appeal, briefly explain why: Ineffective Claims Not suitable for Direct Appeal

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes · · No ✓

    (2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. NA

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes · · No · ·  NA

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes · · No · ·  NA

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes · · No · ·  NA

    (6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. NA

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: NA

GROUND TWO: _Appellate Counsel Failed to Challenge Motion to Suppress Wiretap based on Lack of Probable Cause_

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.):

_See Attached Ground 2_

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes • • No •✓

(2) If you did not raise this issue in your direct appeal, briefly explain why: _Ineffective claims not suitable for Direct Appeal_

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes • • No ✓

(2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _NA_

(3) Did you receive a hearing on your motion, petition, or application?

Yes • • No • • _NA_

(4) Did you appeal from the denial of your motion, petition, or application?

Yes • • No • • _NA_

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes • • No • • _NA_

(6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _NA_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _____
NA

GROUND THREE: Trial Counsel was ineffective at Franks' Hearing for failure to call Necessary Witnesses

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.):
See Attached Ground 3.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes • • No ✓

(2) If you did not raise this issue in your direct appeal, briefly explain why:
Ineffective Claims Not suitable for Direct Appeal

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes • • No ✓

(2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available.
NA

(3) Did you receive a hearing on your motion, petition, or application?
Yes • • No • • NA

(4) Did you appeal from the denial of your motion, petition, or application? NA

Yes •• No •• _NA_

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes •• No •• _NA_

(6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _NA_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _NA_

GROUND FOUR: _TRIAL COUNSEL INEFFECTIVE REGARDING SEARCH WARRANTS (See Attached GRD 4)_

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.):
GRD 5: Trial Counsel was Ineffective RE Suppression of Wiretap (See GRD 5)
GRD 6: Trial Counsel AND 2nd Appt Counsel were ineffective for failure to seek recusal of Magnus-Stinson (See GRD 6)
GRD 7: Trial Counsel had an Actual Conflict of Interest (See GRD 7)
GRD 8: Trial Counsel AND Appellate Counsel were INEFFECTIVE Re: Count 3 (See GR.8)
GRD 9: Trial Counsel was Ineffective at first Sentencing (See GRD 9)
GRD 10: Appellate Counsel failed to Challenge Fraud loss based upon Intervening Sup. Court Case (BURRAGE) that was handed down during Appeal (See GRD. 10) → over

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes •• No ✓ ••

(2) If you did <u>not</u> raise this issue in your direct appeal, briefly explain why: _NA_

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes •• No •• _NA_

(2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and

_NA_

GRD 11: Appellate counsel failed to challenge the sufficiency of the evidence of the wire fraud counts relying on the use of emails and cellular phone calls.

GRD 12: Trial counsel presented an incorrect jury instruction regarding the "in connection" element required under securities fraud.

location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _NA_

(3) Did you receive a hearing on your motion, petition, or application?
Yes • • No • •    _NA_

(4) Did you appeal from the denial of your motion, petition, or application?
Yes • • No • •    _NA_

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes • • No • •    _NA_

(6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _NA_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _NA_

13. Is there any ground in this motion that has not been presented in some federal court? If so, which ground or grounds have not been presented, and briefly state your reasons for not presenting them: _ALL GROUNDS ARE INEFFECTIVE CLAIMS AND HAVE NOT BEEN RAISED ON EITHER DIRECT APPEAL_

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes • • No ✓
If "Yes," state the name and location of the court, the case number, the type of proceeding, and the issues raised. _NA_

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Roy Black, Howard Srebnick, Miami Florida

    (b) At arraignment and plea: SAME

    (c) At trial: John L. Tompkins, 608 East Market St., Indianapolis Indiana 46202

    (d) At sentencing: SAME AND Rodger Heaton, Springfield, Illinois

    (e) On appeal: James Mutchnik, Kirkland & Ellis, 300 N. LaSalle Street, Chicago Illinois 60654

    (f) In ~~any post-conviction proceeding~~ Resentencing: Kenneth Riggins, 1512 N. Delaware St., Indianapolis IN 46202

    (g) On appeal from any ruling against you in ~~a post-conviction proceeding~~ Resentencing: Julianne Cartmel, 9840 Westpoint Drive, Indianapolis, Indiana 46256.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ✓  No • •

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes •  No ✓
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: NA

    (b) Give the date the other sentence was imposed: NA
    (c) Give the length of the other sentence: NA
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes • No • •   NA

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2255 does not bar your motion.*

My Second Writ of Cert was denied on or about Oct 12, 2016. Therefore I am filing this 2255 motion within 1 year of that Denial, and is thus, timely.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the relief to which he or she may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on October 1, 2017 (month, date, year).

Executed (signed) on September 25, 2017 (date).

_____
Signature of Movant (required)

* * * * *

Model Form for Use in 28 U.S.C. § 2255 Cases
Involving a Rule 9 Issue (Abrogated)
[The advisory committee is developing a new form that makes extensive revisions to the existing form.]

I further declare under penalty of perjury that the exhibits and transcripts attached to this Motion are true and accurate copies of emails and other work product and reasonably accurate transcriptions of the phone calls. September 25, 2017.