AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Timothy S. Durham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-03590-RLM-KMB |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner/Plaintiff Timothy S. Durham.

Date: 12/30/2022

/s/ Zachary Newland
*Attorney's signature*

Zachary Newland, TX 24088967
*Printed name and bar number*

P.O. Box 3610
Evergreen, Colorado 80437

*Address*

zach@newlandlegal.com
*E-mail address*

(303) 948-1489
*Telephone number*

(303) 948-1489
*FAX number*